IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NIHAL MENEKSE, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| HARRAH'S CHESTER CASINO & RACETRACK. | : : | NO. 12-4912 |

## ORDER

**AND NOW**, this 16th day of June, 2014, in consideration of Defendant's Motions for Summary Judgment (ECF No. 23, 37) and all responses thereto, and having held argument with the parties, it is hereby **ORDERED** that:

1. Defendant's motions are **GRANTED**.

2. A judgment is entered for Defendant and against Plaintiff.

3. The Clerk shall mark this action closed.


BY THE COURT:


/s/ L. Felipe Restrepo
L. Felipe Restrepo
United States District Court Judge